615 A.2d 731

**Clare W. McCLELLAN, Appellant,**

v.

**Robert CASEY, Governor of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Submitted Sept. 21, 1992.

Decided Nov. 10, 1992.

Clare W. McClellan, pro se.

Ernest D. Preate, Jr., Atty. Gen., Donna J. McClelland, Deputy Atty. Gen., Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER OF THE COURT

PER CURIAM:

Order Affirmed.